In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-343 CV


____________________



TRI-FLO INTERNATIONAL, INC., Appellant



V.



CONQUEST DRILLING FLUIDS, INC., Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 98-06-02213-CV






MEMORANDUM OPINION


 The appellant, Tri Flo International, Inc., filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the
motion and dismiss the appeal. 

 APPEAL DISMISSED.




 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered September 27, 2007



Before McKeithen, C.J., Kreger and Horton, JJ.